## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  
    Kathryn Fossum

        Debtor(s).

Case No. 19-31554

## UNSWORN CERTIFICATE OF SERVICE

    I, Kirsten Biener, declare under penalty of perjury that on May 13, 2019 she caused to be served the Chapter 13 Plan upon FlagShip Credit Acceptance at the address set forth below, by first class mail:

Flagship Credit Acceptance  
PO BOX 965  
Chadds Ford, PA 19317

Dated: May 19, 2019

/e/ Kirsten Biener  
Kirsten Biener  
Kain & Scott, P.A.