**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Kathryn Irene Fossum
aka Kate Irene Fossum, aka Katie Irene Fossum

Case No: 19−31554 − KAC

Debtor(s)

Chapter 13 Case

**ORDER CONFIRMING MODIFIED POSTCONFIRMATION CHAPTER 13 PLAN**

It appears that a motion to modify the plan has been filed, that the plan as modified complies with Local Rules 3015−1 through 3020−3, that notice of the motion to modify the plan was mailed to creditors, that a hearing was held, and that no objection to the plan as modified has been made, or if made, has been since withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as modified is confirmed and has become the plan; and
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted.

Dated: 5/14/20

Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on May 14, 2020
Lori Vosejpka Clerk, United States Bankruptcy Court
By: debrag Deputy Clerk

**mnbocnf13post** 13ocnfpo 11/30/17

```
                         United States Bankruptcy Court
                              District of Minnesota
```

In re:                                                          Case No. 19-31554-KAC
Kathryn Irene Fossum                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0864-3         User: debrag            Page 1 of 1            Date Rcvd: May 14, 2020
                             Form ID: 13ocnfpo       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.
db              +Kathryn Irene Fossum,    15610 Eagle Bay Dr,    Apple Valley, MN 55124-7854

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
              Gregory A Burrell    cmecfjzkmn@ch13mn.com
              Margaret R. Henehan    on behalf of Debtor 1 Kathryn Irene Fossum mhenehan@kainscott.com, bbabatz@kainscott.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                                   TOTAL: 3