**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Kathryn Irene Fossum

Case No: 19−31554 − KAC

Debtor(s)

Chapter 13 Case

**ORDER GRANTING COMPENSATION**

It appears that the attorney for the debtor(s) filed an application for compensation for services and that the application conforms to Local Rule 2016−1(d).

IT IS THEREFORE ORDERED, the attorney for the debtor(s), Margaret R. Henehan , is awarded $750.00 for compensation or reimbursement.

Dated: 5/19/20

Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on May 19, 2020
Lori Vosejpka Clerk, United States Bankruptcy Court
By: shelley Deputy Clerk

**mnbogrfee13** 13ofee 6/15

```
                      United States Bankruptcy Court
                            District of Minnesota
In re:                                                      Case No. 19-31554-KAC
Kathryn Irene Fossum                                        Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0864-3         User: shelley              Page 1 of 1              Date Rcvd: May 19, 2020
                             Form ID: 13ofee            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db            +Kathryn Irene Fossum,   15610 Eagle Bay Dr,   Apple Valley, MN 55124-7854

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Gregory A Burrell    cmecfjzkmn@ch13mn.com
              Margaret R. Henehan    on behalf of Debtor 1 Kathryn Irene Fossum mhenehan@kainscott.com,
               bbabatz@kainscott.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 3