| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kathryn Irene Fossum** | Social Security number or ITIN **xxx–xx–3157** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Minnesota** | | Date case filed in chapter **13**      **5/13/19** |
| Case number:   **19–31554 – KAC** | | Date case converted to chapter **7**    **9/9/20** |

| You can receive court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** | DeBN |
|---|---|---|---|

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Kathryn Irene Fossum | | |
| 2. | **All other names used in the last 8 years** | aka Kate Irene Fossum, aka Katie Irene Fossum | | |
| 3. | **Address** | 15610 Eagle Bay Dr Apple Valley, MN 55124 | | |
| 4. | **Debtor's attorney** Name and address | Margaret R. Henehan Kain & Scott PA 6445 Sycamore Court N Maple Grove, MN 55369 | | Contact phone: 612–843–0529 Email: mhenehan@kainscott.com |
| 5. | **Bankruptcy trustee** Name and address | John A. Hedback 2855 Anthony Ln S Ste 201 St Anthony, MN 55418 | | Contact phone: 612 436–3280 Email: HedbackTrustee@hac–mnlaw.com |

**For more information, see page 2 >**

Debtor  **Kathryn Irene Fossum**                                                                      Case number **19–31554**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 Warren E. Burger Federal Building and U.S. Courthouse<br>316 N Robert St<br>St Paul, MN 55101 | Hours open: Monday – Friday: 8:00am – 5:00pm<br>Contact phone: 651–848–1000<br>Web address: www.mnb.uscourts.gov<br><br>Date: 9/10/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 5, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Video/teleconference *ONLY*, Contact trustee (see Section 5), for direction** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 12/4/20**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied<br>   under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 12/4/20** |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re:                                                              Case No. 19-31554-KAC
Kathryn Irene Fossum                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3          User: kariann          Page 1 of 3          Date Rcvd: Sep 10, 2020
                             Form ID: 309A           Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
```
db              +Kathryn Irene Fossum,   15610 Eagle Bay Dr,   Apple Valley, MN 55124-7854
smg             +United States Attorney,   600 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
62576636        +Associated Clinic of Psych,   4027 County Rd. 25,   St. Louis Park MN 55416-2629
62247780        +Diversified Adjustment,   600 Coon Rapids Blvd,   Minneapolis MN 55433-5549
62247781         Elastic/Republic Bank and Trus,   PO Box 950276,   Louisville KY 40295-0276
62247782        +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg PA 17106-9184
62247784        +Finwise Rise,   4150 International Plaza,   Fort Worth TX 76109-4892
62247786         Flagship Credit Acceptance,   PO BOX 975658,   Dallas TX 75397-5658
62247787        +Flagship Credit Acceptance,   2345 Rice St #230,   Roseville MN 55113-3769
62247788        ++GREEN TRUST CASH LLC,   PO BOX 340,   HAYS MT 59527-0340
                 (address filed with court: Green Trust Cash, LLC,   PO Box 330,   Hays MT 59527)
62247791        +Juliann Miller,   6800 France Ave S,   Suite 560,   Edina MN 55435-2019
62247793        +Loans at Last,   PO BOX 1193,   Lac Du Flambeau WI 54538-1193
62247797        +Municipal Collections of Ameri,   3348 Ridge Rd,   Lansing IL 60438-3112
62247800        +NCB Management Services,   Attn: Bankruptcy,   One Allied Drive,   Trevose PA 19053-6945
62576672         Navient Solutions, LLC,   PO Box 8961,   Ascendium Education Soulutions,
                 Madison WI 53708-8961
62247802        +Park Nicollet,   PO BOX 9158,   Minneapolis MN 55480-9158
62576677        +Richard Fossum,   10185 Upper 178th Street W,   Lakeville MN 55044-8788
62576679        +Sonder Behavioral Health,   12301 Whitewater Dr.,   Suite 101,   Hopkins MN 55343-4157
62247805        +Stewart, Zlimen & Jungers,   2860 Patton Road,   Roseville MN 55113-1100
62576683         U.S. Department of Education,   PO Box 69184,   c/o FedLoan Servicing,
                 Harrisburg PA 17106-9184
62302014         U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
62247810        +Zocoloans,   27565 Research Park Dr,   PO BOX 1147,   Mission SD 57555-1147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: mhenehan@kainscott.com Sep 11 2020 00:56:12     Margaret R. Henehan,
                 Kain & Scott PA,   6445 Sycamore Court N,   Maple Grove, MN  55369
tr              +EDI: QJAHEDBACK.COM Sep 11 2020 04:38:00     John A. Hedback,   2855 Anthony Ln S,   Ste 201,
                 St Anthony, MN 55418-2637
smg             +EDI: MINNDEPREV.COM Sep 11 2020 04:38:00     Minnesota Department of Revenue,
                 Bankruptcy Section,   PO BOX 64447,   St Paul, MN 55164-0447
62247773        +E-mail/Text: bankruptcy@ldf-holdings.com Sep 11 2020 00:57:23     Bridge Lending Solutions,
                 PO Box 481,   Lac Du Flambeau WI 54538-0481
62576647         E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 11 2020 00:55:23
                 CW Nexus Credit Card Holdings,   Resurgent Capital Services,   PO Box 10368,
                 Greenville SC 29603-0368
62269087         E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 11 2020 00:55:23
                 CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                 Greenville, SC 29603-0368
62247774        +EDI: CAPITALONE.COM Sep 11 2020 04:38:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City UT 84130-0285
62285004         EDI: CAPITALONE.COM Sep 11 2020 04:38:00     Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,   PO Box 71083,   Charlotte, NC  28272-1083
62576639         EDI: CAPITALONE.COM Sep 11 2020 04:38:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 By American InfoSource,   Charlotte NC 28272-1083
62285678        +EDI: AIS.COM Sep 11 2020 04:38:00     Capital One Bank NA,   by American InfoSource,
                 4515 N Santa Fe Ave,   Oklahoma City OK 73118-7901
62576640         EDI: AIS.COM Sep 11 2020 04:38:00     Capital One Bank NA,   4515 N Santa Fe Avenue,
                 American InfoSource,   Oklahoma City OK 73118-7901
62277465         EDI: BL-BECKET.COM Sep 11 2020 04:38:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
62576641         EDI: BL-BECKET.COM Sep 11 2020 04:38:00     Capital One, NA,   c/o Becket and Lee LLP,
                 PO BOX 3001,   Malvern PA 19355-0701
62247776        +E-mail/Text: bk@coastprofessional.com Sep 11 2020 00:56:47     Coast Professional, Inc.,
                 PO BOX 2899,   West Monroe LA 71294-2899
62247777        +E-mail/Text: clientservices@credit-control.com Sep 11 2020 00:56:51     Credit Control, LLC,
                 5757 Phantom Dr #330,   Hazelwood MO 63042-2429
62247778        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 11 2020 00:55:13     Credit One Bank,
                 Po Box 98875,   Las Vegas NV 89193-8875
62247779        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 11 2020 00:55:12     Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas NV 89193-8873
62247783         EDI: JEFFERSONCAP.COM Sep 11 2020 04:38:00     FingerHut- Jefferson Capital,   Attn: Bankruptcy,
                 PO BOX 772813,   Chicago IL 60677-2813
62289250        +E-mail/Text: bankruptcy@flagshipcredit.com Sep 11 2020 00:56:58     Flagship Credit Acceptance,
                 PO Box 3807,   Coppell TX 75019-5877
62247785        +E-mail/Text: bankruptcy@flagshipcredit.com Sep 11 2020 00:56:58     Flagship Credit Acceptance,
                 Po Box 965,   Chadds Ford PA 19317-0643
62576657        +E-mail/Text: collections@greentrustcash.com Sep 11 2020 00:57:10     Green Trust Cash, LLC,
                 PO Box 340,   Hays MT 59527-0340
62576658        +E-mail/Text: bnc@ch13mn.com Sep 11 2020 00:57:04     Gregory A. Burrell,
                 100 South Fifth Street,   Ste 480,   Minneapolis MN 55402-1250
```

```
District/off: 0864-3          User: kariann          Page 2 of 3          Date Rcvd: Sep 10, 2020
                              Form ID: 309A           Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
62247789        EDI: IRS.COM Sep 11 2020 04:38:00    Internal Revenue Service,   Centralized Insolvency,
                PO Box 7346,   Philadelphia PA 19101-7346
62280373        EDI: JEFFERSONCAP.COM Sep 11 2020 04:38:00    Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
62247775        EDI: JPMORGANCHASE Sep 11 2020 04:38:00    Chase Card Services,   Attn: Bankruptcy,
                Po Box 15298,   Wilmington DE 19850
62247790        EDI: JEFFERSONCAP.COM Sep 11 2020 04:38:00    Jefferson Capital Systems, LLC,   Po Box 1999,
                Saint Cloud MN 56302
62247792       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 11 2020 00:56:31    Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls WI 53051-5660
62250860        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 00:55:15    LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
62247794       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 00:55:15
                LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,   Greenville SC 29603-0497
62247796       +EDI: MINNDEPREV.COM Sep 11 2020 04:38:00    MN Dept of Revenue,   Attn: Denise Jones,
                PO Box 64447,   Saint Paul MN 55164-0447
62247795       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 11 2020 00:55:34
                Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage NY 11804-9001
62247799       +EDI: NAVIENTFKASMSERV.COM Sep 11 2020 04:38:00    Navient,   Po Box 9500,
                Wilkes Barre PA 18773-9500
62247798       +EDI: NAVIENTFKASMSERV.COM Sep 11 2020 04:38:00    Navient,   Attn: Bankruptcy,   Po Box 9000,
                Wiles-Barr PA 18773-9000
62267374       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Sep 11 2020 00:56:19
                Navient Solutions, LLC. on behalf of,   Ascendium Education Solutions Inc.,   Po Box 8961,
                Madison WI 53708-8961
62247801       +E-mail/Text: bnc@nordstrom.com Sep 11 2020 00:56:37    Nordstrom Card Services,
                Attn: Bankruptcy,   13531 E. Caley Ave,   Centennial CO 80111-6505
62247803       +E-mail/Text: bk@rgsfinancial.com Sep 11 2020 00:56:22    Rgs Financial,
                1700 Jay Ell Dr Ste 200,   Richardson TX 75081-6788
62247804       +EDI: PHINELEVATE Sep 11 2020 04:38:00    Rise Credit,   PO BOX 101808,
                Fort Worth TX 76185-1808
62247806        EDI: WTRRNBANK.COM Sep 11 2020 04:38:00    Target Card Services,   Attn: Bankruptcy,
                PO Box 660170,   Dallas TX 75266-0170
62247807       +EDI: ECMC.COM Sep 11 2020 04:38:00    U.S. Department of Education,   Ecmc/Bankruptcy,
                Po Box 16408,   Saint Paul MN 55116-0408
62576684        E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Sep 11 2020 00:56:36    US Trustee,
                1015 US Courthouse,   300 S 4th St,   Minneapolis MN 55415-3070
62247808       +EDI: WFFC.COM Sep 11 2020 04:38:00    Wells Fargo Financial Nat Bank,   800 Walnut St,
                Doc Dept MAC F4030-04C,   Des Moines IA 50309-3605
62247809       +EDI: WFFC.COM Sep 11 2020 04:38:00    Wells Fargo/Slumberland Furniture,   Attn: Bankruptcy,
                Pob 10438 Mac F8235-02f,   Des Moines IA 50306-0438
                                                                            TOTAL: 42


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +US Trustee,   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
ust*           +US Trustee,   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
62576635*      +Alltran Financial,   PO Box 610,   Sauk Rapids MN 56379-0610
62576637*      +Bridge Lending Solutions,   PO Box 481,   Lac Du Flambeau WI 54538-0481
62576638*      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City UT 84130-0285
62576643*      +Coast Professional, Inc.,   PO BOX 2899,   West Monroe LA 71294-2899
62576644*      +Credit Control, LLC,   5757 Phantom Dr #330,   Hazelwood MO 63042-2429
62576645*      +Credit One Bank,   Po Box 98875,   Las Vegas NV 89193-8875
62576646*      +Credit One Bank,   Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas NV 89193-8873
62576648*      +Diversified Adjustment,   600 Coon Rapids Blvd,   Minneapolis MN 55433-5549
62576649*       Elastic/Republic Bank and Trus,   PO Box 950276,   Louisville KY 40295-0276
62576650*      +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg PA 17106-9184
62576651*       FingerHut- Jefferson Capital,   Attn: Bankruptcy,   PO BOX 772813,   Chicago IL 60677-2813
62576652*      +Finwise Rise,   4150 International Plaza,   Fort Worth TX 76109-4892
62576654*       Flagship Credit Acceptance,   PO BOX 975658,   Dallas TX 75397-5658
62576653*      +Flagship Credit Acceptance,   Po Box 3807,   Coppell TX 75019-5877
62576655*      +Flagship Credit Acceptance,   2345 Rice St #230,   Roseville MN 55113-3769
62576656*      +Flagship Credit Acceptance,   PO BOX 965,   Chadds Ford PA 19317-0643
62576659*       Internal Revenue Service,   Centralized Insolvency,   PO Box 7346,   Philadelphia PA 19101-7346
62576660*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,   PO Box 7999,
                Saint Cloud MN 56302-9617)
62576642*      ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court: Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                Wilmington DE 19850)
62576661*       Jefferson Capital Systems, LLC,   Po Box 1999,   Saint Cloud MN 56302
62576662*      +Juliann Miller,   6800 France Ave S,   Suite 560,   Edina MN 55435-2019
62576663*      +Kohls/Capital One,   N56 W 17000 Ridgewood Dr,   Menomonee Falls WI 53051-5660
62576665*       LVNV Funding, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville SC 29603-0587
62576666*      +LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,   Greenville SC 29603-0497
62576664*      +Loans at Last,   PO BOX 1193,   Lac Du Flambeau WI 54538-1193
62576668*      +MN Dept of Revenue,   Attn: Denise Jones,   PO Box 64447,   Saint Paul MN 55164-0447
62576667*      +Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage NY 11804-9001
```

```
District/off: 0864-3          User: kariann          Page 3 of 3          Date Rcvd: Sep 10, 2020
                             Form ID: 309A           Total Noticed: 64
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
62576669*      +Municipal Collections of Ameri,   3348 Ridge Rd,   Lansing IL 60438-3112
62576673*      +NCB Management Services,   Attn: Bankruptcy,   One Allied Drive,   Trevose PA 19053-6945
62576671*      +Navient,   Po Box 9500,   Wilkes Barre PA 18773-9500
62576670*      +Navient,   Attn: Bankruptcy,   Po Box 9000,   Wiles-Barr PA 18773-9000
62576674*      +Nordstrom Card Services,   Attn: Bankruptcy,   13531 E. Caley Ave,   Centennial CO 80111-6505
62576675*      +Park Nicollet,   PO BOX 9158,   Minneapolis MN 55480-9158
62576676*      +Rgs Financial,   1700 Jay Ell Dr Ste 200,   Richardson TX 75081-6788
62576678*      +Rise Credit,   PO BOX 101808,   Fort Worth TX 76185-1808
62576680*      +Stewart, Zlimen & Jungers,   2860 Patton Road,   Roseville MN 55113-1100
62576681*       Target Card Services,   Attn: Bankruptcy,   PO Box 660170,   Dallas TX 75266-0170
62576682*      +U.S. Department of Education,   Ecmc/Bankruptcy,   Po Box 16408,   Saint Paul MN 55116-0408
62576685*      +Wells Fargo Financial Nat Bank,   800 Walnut St,   Doc Dept MAC F4030-04C,
                Des Moines IA 50309-3605
62576686*      +Wells Fargo/Slumberland Furniture,   Attn: Bankruptcy,   Pob 10438  Mac F8235-02f,
                Des Moines IA 50306-0438
62576687*      +Zocoloans,   27565 Research Park Dr,   PO BOX 1147,   Mission SD 57555-1147
62247772     ##+Alltran Financial,   PO Box 610,   Sauk Rapids MN 56379-0610
                                                                    TOTALS: 0, * 43, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
          Gregory A Burrell    cmecfjzkmn@ch13mn.com
          John A. Hedback    jhedback@hac-mnlaw.com,  jhedback@ecf.axosfs.com;ladamson@hac-mnlaw.com
          Margaret R. Henehan    on behalf of Debtor 1 Kathryn Irene Fossum mhenehan@kainscott.com,
           bbabatz@kainscott.com
          US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                    TOTAL: 4