**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kathryn Irene Fossum** | Social Security number or ITIN   xxx–xx–3157 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Minnesota**

Case number:  **19–31554**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathryn Irene Fossum
aka Kate Irene Fossum, aka Katie Irene Fossum

12/7/20    **By the court:**   Katherine A. Constantine
United States Bankruptcy Judge

> NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
> Filed and docket entry made on December 7, 2020
>  Lori Vosejpka  Clerk, United States Bankruptcy Court
> By: admin Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Minnesota

In re:  
Kathryn Irene Fossum  
    Debtor(s)

Case No. 19-31554-KAC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 08, 2020      Form ID: mnbb318      Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathryn Irene Fossum, 15610 Eagle Bay Dr, Apple Valley, MN 55124-7854 |
| smg | + | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62576636 | + | Associated Clinic of Psych, 4027 County Rd. 25, St. Louis Park MN 55416-2629 |
| 62247780 | + | Diversified Adjustment, 600 Coon Rapids Blvd, Minneapolis MN 55433-5549 |
| 62247781 | | Elastic/Republic Bank and Trus, PO Box 950276, Louisville KY 40295-0276 |
| 62247782 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg PA 17106-9184 |
| 62247784 | + | Finwise Rise, 4150 International Plaza, Fort Worth TX 76109-4892 |
| 62247786 | | Flagship Credit Acceptance, PO BOX 975658, Dallas TX 75397-5658 |
| 62247788 | ++ | GREEN TRUST CASH LLC, PO BOX 340, HAYS MT 59527-0340 address filed with court:, Green Trust Cash, LLC, PO Box 330, Hays MT 59527 |
| 62576657 | + | Green Trust Cash, LLC, PO Box 340, Hays MT 59527-0340 |
| 62247791 | + | Juliann Miller, 6800 France Ave S, Suite 560, Edina MN 55435-2019 |
| 62247793 | + | Loans at Last, PO BOX 1193, Lac Du Flambeau WI 54538-1193 |
| 62247797 | + | Municipal Collections of Ameri, 3348 Ridge Rd, Lansing IL 60438-3291 |
| 62247800 | + | NCB Management Services, Attn: Bankruptcy, One Allied Drive, Trevose PA 19053-6945 |
| 62576672 | | Navient Solutions, LLC, PO Box 8961, Ascendium Education Soulutions, Madison WI 53708-8961 |
| 62247802 | + | Park Nicollet, PO BOX 9158, Minneapolis MN 55480-9158 |
| 62576677 | + | Richard Fossum, 10185 Upper 178th Street W, Lakeville MN 55044-8788 |
| 62576679 | + | Sonder Behavioral Health, 12301 Whitewater Dr., Suite 101, Hopkins MN 55343-4157 |
| 62247805 | + | Stewart, Zlimen & Jungers, 2860 Patton Road, Roseville MN 55113-1100 |
| 62576683 | | U.S. Department of Education, PO Box 69184, c/o FedLoan Servicing, Harrisburg PA 17106-9184 |
| 62302014 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 62247810 | + | Zocoloans, 27565 Research Park Dr, PO BOX 1147, Mission SD 57555-1147 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJAHEDBACK.COM | Dec 09 2020 02:43:00 | John A. Hedback, 2855 Anthony Ln S, Ste 201, St Anthony, MN 55418-2637 |
| smg | + | EDI: MINNDEPREV.COM | Dec 09 2020 02:43:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| 62247773 | + | Email/Text: bankruptcy@ldf-holdings.com | Dec 08 2020 21:49:00 | Bridge Lending Solutions, PO Box 481, Lac Du Flambeau WI 54538-0481 |
| 62576647 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2020 22:26:04 | CW Nexus Credit Card Holdings, Resurgent Capital Services, PO Box 10368, Greenville SC 29603-0368 |
| 62269087 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2020 22:26:29 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 19-31554   Doc 39   Filed 12/10/20   Entered 12/10/20 23:39:04   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0864-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: mnbb318 | Total Noticed: 63 |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 62247774 | + | EDI: CAPITALONE.COM | Dec 09 2020 02:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 62576639 | | EDI: CAPITALONE.COM | Dec 09 2020 02:43:00 | Capital One Bank (USA), N.A., PO Box 71083, By American InfoSource, Charlotte NC 28272-1083 |
| 62285004 | | EDI: CAPITALONE.COM | Dec 09 2020 02:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 62285678 | + | EDI: AIS.COM | Dec 09 2020 02:43:00 | Capital One Bank NA, by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 62576640 | | EDI: AIS.COM | Dec 09 2020 02:43:00 | Capital One Bank NA, 4515 N Santa Fe Avenue, American InfoSource, Oklahoma City OK 73118-7901 |
| 62277465 | | EDI: BL-BECKET.COM | Dec 09 2020 02:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 62576641 | | EDI: BL-BECKET.COM | Dec 09 2020 02:43:00 | Capital One, NA, c/o Becket and Lee LLP, PO BOX 3001, Malvern PA 19355-0701 |
| 62247776 | + | Email/Text: bk@coastprofessional.com | Dec 08 2020 21:49:00 | Coast Professional, Inc., PO BOX 2899, West Monroe LA 71294-2899 |
| 62247777 | + | Email/Text: clientservices@credit-control.com | Dec 08 2020 21:49:00 | Credit Control, LLC, 5757 Phantom Dr #330, Hazelwood MO 63042-2429 |
| 62247779 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2020 22:26:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 62247778 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2020 22:26:05 | Credit One Bank, Po Box 98875, Las Vegas NV 89193-8875 |
| 62247783 | | EDI: JEFFERSONCAP.COM | Dec 09 2020 02:43:00 | FingerHut- Jefferson Capital, Attn: Bankruptcy, PO BOX 772813, Chicago IL 60677-2813 |
| 62289250 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 08 2020 21:49:00 | Flagship Credit Acceptance, PO Box 3807, Coppell TX 75019-5877 |
| 62247787 | + | EDI: WFFC.COM | Dec 09 2020 02:43:00 | Flagship Credit Acceptance, 2345 Rice St #230, Roseville MN 55113-3769 |
| 62247785 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 08 2020 21:49:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford PA 19317-0643 |
| 62576658 | + | Email/Text: bnc@ch13mn.com | Dec 08 2020 21:49:00 | Gregory A. Burrell, 100 South Fifth Street, Ste 480, Minneapolis MN 55402-1250 |
| 62247789 | | EDI: IRS.COM | Dec 09 2020 02:43:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62280373 | | EDI: JEFFERSONCAP.COM | Dec 09 2020 02:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 62247775 | | EDI: JPMORGANCHASE | Dec 09 2020 02:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 62247790 | | EDI: JEFFERSONCAP.COM | Dec 09 2020 02:43:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud MN 56302 |
| 62247792 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 08 2020 21:49:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls WI 53051-5660 |
| 62250860 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2020 22:26:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 62247794 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2020 22:26:32 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 62247796 | + | EDI: MINNDEPREV.COM | Dec 09 2020 02:43:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box |

Case 19-31554   Doc 39   Filed 12/10/20   Entered 12/10/20 23:39:04   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0864-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: mnbb318 | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 64447, Saint Paul MN 55164-0447 |
| 62247795 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2020 22:26:04 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 62247798 | + | EDI: NAVIENTFKASMSERV.COM | Dec 09 2020 02:43:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr PA 18773-9000 |
| 62247799 | + | EDI: NAVIENTFKASMSERV.COM | Dec 09 2020 02:43:00 | Navient, Po Box 9500, Wilkes Barre PA 18773-9500 |
| 62267374 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 08 2020 21:49:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc., Po Box 8961, Madison WI 53708-8961 |
| 62247801 | + | Email/Text: bnc@nordstrom.com | Dec 08 2020 21:49:56 | Nordstrom Card Services, Attn: Bankruptcy, 13531 E. Caley Ave, Centennial CO 80111-6505 |
| 62247803 | + | Email/Text: bk@rgsfinancial.com | Dec 08 2020 21:49:00 | Rgs Financial, 1700 Jay Ell Dr Ste 200, Richardson TX 75081-6788 |
| 62247804 | + | EDI: PHINELEVATE | Dec 09 2020 02:43:00 | Rise Credit, PO BOX 101808, Fort Worth TX 76185-1808 |
| 62247806 | | EDI: WTRRNBANK.COM | Dec 09 2020 02:43:00 | Target Card Services, Attn: Bankruptcy, PO Box 660170, Dallas TX 75266-0170 |
| 62247807 | + | EDI: ECMC.COM | Dec 09 2020 02:43:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 62576684 | | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Dec 08 2020 21:49:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis MN 55415-3070 |
| 62247808 | + | EDI: WFFC.COM | Dec 09 2020 02:43:00 | Wells Fargo Financial Nat Bank, 800 Walnut St, Doc Dept MAC F4030-04C, Des Moines IA 50309-3605 |
| 62247809 | + | EDI: WFFC.COM | Dec 09 2020 02:43:00 | Wells Fargo/Slumberland Furniture, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines IA 50306-0438 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62576635 | *+ | Alltran Financial, PO Box 610, Sauk Rapids MN 56379-0610 |
| 62576637 | *+ | Bridge Lending Solutions, PO Box 481, Lac Du Flambeau WI 54538-0481 |
| 62576638 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 62576643 | *+ | Coast Professional, Inc., PO BOX 2899, West Monroe LA 71294-2899 |
| 62576644 | *+ | Credit Control, LLC, 5757 Phantom Dr #330, Hazelwood MO 63042-2429 |
| 62576646 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 62576645 | *+ | Credit One Bank, Po Box 98875, Las Vegas NV 89193-8875 |
| 62576648 | *+ | Diversified Adjustment, 600 Coon Rapids Blvd, Minneapolis MN 55433-5549 |
| 62576649 | * | Elastic/Republic Bank and Trus, PO Box 950276, Louisville KY 40295-0276 |
| 62576650 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg PA 17106-9184 |
| 62576651 | * | FingerHut- Jefferson Capital, Attn: Bankruptcy, PO BOX 772813, Chicago IL 60677-2813 |
| 62576652 | *+ | Finwise Rise, 4150 International Plaza, Fort Worth TX 76109-4892 |
| 62576653 | *+ | Flagship Credit Acceptance, Po Box 3807, Coppell TX 75019-5877 |
| 62576654 | * | Flagship Credit Acceptance, PO BOX 975658, Dallas TX 75397-5658 |
| 62576655 | *+ | Flagship Credit Acceptance, 2345 Rice St #230, Roseville MN 55113-3769 |
| 62576656 | *+ | Flagship Credit Acceptance, PO BOX 965, Chadds Ford PA 19317-0643 |
| 62576659 | * | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62576660 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 62576642 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |

Case 19-31554   Doc 39   Filed 12/10/20   Entered 12/10/20 23:39:04   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0864-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: mnbb318 | Total Noticed: 63 |

| | | |
|---|---|---|
| 62576661 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud MN 56302 |
| 62576662 | *+ | Juliann Miller, 6800 France Ave S, Suite 560, Edina MN 55435-2019 |
| 62576663 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls WI 53051-5660 |
| 62576665 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 62576666 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 62576664 | *+ | Loans at Last, PO BOX 1193, Lac Du Flambeau WI 54538-1193 |
| 62576668 | *+ | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62576667 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 62576669 | *+ | Municipal Collections of Ameri, 3348 Ridge Rd, Lansing IL 60438-3291 |
| 62576673 | *+ | NCB Management Services, Attn: Bankruptcy, One Allied Drive, Trevose PA 19053-6945 |
| 62576670 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr PA 18773-9000 |
| 62576671 | *+ | Navient, Po Box 9500, Wilkes Barre PA 18773-9500 |
| 62576674 | *+ | Nordstrom Card Services, Attn: Bankruptcy, 13531 E. Caley Ave, Centennial CO 80111-6505 |
| 62576675 | *+ | Park Nicollet, PO BOX 9158, Minneapolis MN 55480-9158 |
| 62576676 | *+ | Rgs Financial, 1700 Jay Ell Dr Ste 200, Richardson TX 75081-6788 |
| 62576678 | *+ | Rise Credit, PO BOX 101808, Fort Worth TX 76185-1808 |
| 62576680 | *+ | Stewart, Zlimen & Jungers, 2860 Patton Road, Roseville MN 55113-1100 |
| 62576681 | * | Target Card Services, Attn: Bankruptcy, PO Box 660170, Dallas TX 75266-0170 |
| 62576682 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 62576685 | *+ | Wells Fargo Financial Nat Bank, 800 Walnut St, Doc Dept MAC F4030-04C, Des Moines IA 50309-3605 |
| 62576686 | *+ | Wells Fargo/Slumberland Furniture, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines IA 50306-0438 |
| 62576687 | *+ | Zocoloans, 27565 Research Park Dr, PO BOX 1147, Mission SD 57555-1147 |
| 62247772 | ##+ | Alltran Financial, PO Box 610, Sauk Rapids MN 56379-0610 |

TOTAL: 0 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John A. Hedback | jhedback@hac-mnlaw.com  jhedback@ecf.axosfs.com;ladamson@hac-mnlaw.com |
| Margaret R. Henehan | on behalf of Debtor 1 Kathryn Irene Fossum mhenehan@kainscott.com  bbabatz@kainscott.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3